# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GREGORY MADURO,<br><br>   Plaintiff,<br><br>v.<br><br>S-2 INTERNATIONAL LLC,<br><br>   Defendant. | Civil Action No.<br>1:20-cv-04758CAP-LTW<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(A)(ii), Plaintiff Gregory Maduro and Defendant S-2 International, LLC (collectively, the "Parties"), by and through undersigned counsel, file this stipulation of dismissal with prejudice of all claims raised in this action. Each party shall bear his or its own attorneys' fees, costs, and expenses.

Respectfully submitted this 18th day of February, 2021.

{Signatures appear on following page.}

1

| BARRETT & FARAHANY | SMITH, WELCH, WEBB & WHITE, LLC |
|---|---|
| /s/ *Ian E. Smith* <br> Ian E. Smith <br> Georgia Bar No. 661492 <br> iesmith@justiceatwork.com <br> 1100 Peachtree Street, N.E. <br> Suite 500 <br> Atlanta, GA 30309 <br> Telephone:  (404) 214-0120 <br> Facsimile:   (404) 214-0125 | /s/ *Casey C. Crumbley* <br> Casey C. Crumbley <br> Georgia Bar No. 741428 <br> ccrumbley@smithwelchlaw.com <br> 2200 Keys Ferry Court <br> McDonough, GA 30253 <br> Telephone:  (770) 957-3937 <br> Facsimile:  (770) 957-9165 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GREGORY MADURO,<br><br>    Plaintiff,<br><br>v.<br><br>S-2 INTERNATIONAL, LLC<br><br>    Defendant. | Civil Action No.<br>1:20-cv-04758CAP-LTW<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***Joint Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**SMITH, WELCH, WEBB & WHITE, LLC**
Casey C. Crumbley
ccrumbley@smithwelchlaw.com

Respectfully submitted this 18th day of February, 2021.

**BARRETT & FARAHANY**
 /s/ *Ian E. Smith*
Ian E. Smith
Georgia Bar No. 661492

3